UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 21-21091-CIV-MARTINEZ-BECERRA

STURMANSKIE LLC,
    Plaintiff,

vs.

PICTUREMAXX AG, GERHARD FEIGL,
MARCIN CZYZEWSKI, MATTHIAS
DITTLER, THOMAS KIESSL, and
ALEXANDER RÜEGG,
    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendants picturemaxx Ag, Gerhard Feigl, Marcin Czyzewski, Matthias Dittler, Thomas Kiessl, and Alexander Rüegg's Motion to Dismiss Amended Complaint, (ECF No. 30). Judge Becerra filed an R&R recommending that the Motion to Dismiss be granted based on lack of personal jurisdiction over the Defendants. (ECF No. 50). The Court has reviewed the entire file and record, and notes that no objections have been filed.

After careful consideration, it is hereby **ADJUDGED** that United States Magistrate Judge Becerra's R&R, (ECF No. 50), is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that Defendants' Motion to Dismiss, (ECF No. 50), is **GRANTED** on the basis that the Court lacks personal jurisdiction over the Defendants, as set forth in the R&R. This case is **DISMISSED**. The Clerk of Court is **DIRECTED** to mark this case as closed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29 day of July, 2022.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record